UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-02856-JHN-JCx | Date | August 9, 2010 |
|---|---|---|---|
| Title | Tre Milano, LLC v. Karim Gourari et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER (In Chambers)

☐ Case should not have been closed with [ ], filed . **Make JS-5**

■ Case should have been closed with ORDER [13], filed 7-15-10. **Make JS-6**

☐ Other: **Make JS-5**; should have been re-opened with Order # .

☐ COMMENTS:

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |